BEFORE THE SECOND DIVISION, MARCH 7, 1963

**No. 67497.**—Universal Builders Supply Co., Inc. *v.* United States, protests 58/23657, etc. (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

**No. 67498.**—I. D. L. Mfg. & Sales Corp. *v.* United States, protest 61/6937 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of hand-operated, 2-hole paper punches similar in all material respects to those the subject of *United States* v. *IDL Mfg. & Sales Corp.* (48 CCPA 17, C.A.D. 756), the claim of the plaintiff was sustained.

MARCH 4, 1963

**No. 67499.**—Best Moulding Corporation *v.* United States (Brown, Alcantar & Brown, Inc., Party in Interest), protest 61/7345.— —C.D. 2366. Plaintiff's application for rehearing denied.